UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN SHARMA, | No. 2:13-cv-2398 DAD P |
| Plaintiff, | |
| v. | ORDER |
| DEBORAH K. JOHNSON, et al, | |
| Defendants. | |

Plaintiff is a federal inmate serving a life sentence imposed by the U.S. District Court for the Middle District of Florida following plaintiff's conviction on two counts of criminal civil rights violations in connection with the death of Richard Delano. See United States v. Sharma, No. 6:09-cr-0001-PCF-GRJ-1 (M.D. Fla.). In October 2013, plaintiff filed a civil action in the Middle District of Florida, using that court's Civil Rights Complaint Form. (Doc. No. 1.) The district judge assigned to that civil action transferred it to this court on November 15, 2013. (Doc. No. 2.) This court's docket lists the Central California Women's Facility (CCW) in Chowchilla as plaintiff's current place of incarceration. Plaintiff has consented to magistrate judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).

On September 19, 2014, the court dismissed plaintiff's first amended complaint and granted her the option of filing a second amended complaint within thirty days or a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a). The court apprised plaintiff that

"[f]ailure to comply with this order in a timely manner will result in an order dismissing this action." (Doc. No. 10 at 5.) More than thirty days have passed, but plaintiff has not communicated further with this court.

The court served its order of September 19, 2014, on plaintiff's address of record, but the order was returned as undeliverable by the postal service on October 27, 2014. As noted above, plaintiff has not communicated with this court in any way following the September 19, 2014 order. It thus appears that plaintiff has also failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change within sixty-three days after the postal service returns mail as undeliverable at the address of record. Local Rule 183(b) provides that failure to provide a current address within that time may result in dismissal for failure to prosecute. For the foregoing reasons, this action will be dismissed.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice due to plaintiff's failure to prosecute. See Local Rule 183(b); Fed.R.Civ.P. 41(b).

Dated: January 6, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
shar2398.fta.nca